

FILED
SEP 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE CO., et al.,<br><br>    Plaintiffs<br><br>v.<br><br>HACIENDA MOTORS, INC., et al.,<br><br>    Defendants | CASE NO. 1:09-CV-0512 AWI GSA<br><br>ORDER FOR FUNDS HELD IN THE COURT REGISTRY TO BE MOVED TO UNCLAIMED FUNDS |

On September 17, 2009, the Court signed a stipulation for release of funds and dismissal. See Doc. No. 51. As part of that order, Defendant the California Department of Motor Vehicles ("DMV") was to receive approximately $773.00. See id. It is the Court's understanding that, although a check was issued to the DMV and sent to the address listed on the Court's docket, the DMV did not cash the check. As a result, $773.32 remains in the Court's registry.

Nearly six years have passed since the closing of this case, and no party has contacted the Court regarding the $773.32. The Court sees no utility in sending a second check to the same address listed on the docket, just as it did previously when DMV did not cash the check. Further, the Court has attempted to contact the attorney for the DMV who is listed on the Court's docket, but the telephone number is no longer valid. Given the passage of time, and because the Court does not know where to send the $773.32 or whom to contact regarding the $773.32, the Court finds it appropriate to order the transfer of the $773.32, plus any interest that has accrued, to the Court's Unclaimed Funds Account.

1  Accordingly, IT IS HEREBY ORDERED that the Clerk shall transfer the $773.32, plus all
2  accrued interest, to the Court's Unclaimed Funds Account.
3  IT IS SO ORDERED.

_____     9-10-15
Anthony W. Ishii, Senior District Judge     Date